

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSIAH KEVIN HARRIS (2),<br><br>                Defendant. | CASE NO. 13CR3765-AJB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

**X**   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information and Superseding Information:

18 USC 111(a) and (b); 18 USC 2; 18 USC 1708 - Assault on a Federal Officer; Aiding And Abetting; Theft of Stolen Mail Matter

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 7, 2015

                                          Karen S. Crawford<br>                                          U.S. Magistrate Judge